UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MCKINNON and GERI MCKINNON,<br><br>    Plaintiffs,<br><br>v.<br><br>ONEWEST BANK, FSB, et al.,<br><br>    Defendants. | 2:12-CV-329JCM (VCF) |

**ORDER**

Presently before the court is defendant NDEX West, LLC's motion to dismiss. (Doc. #7). *Pro se* plaintiffs Thomas and Geri McKinnon did not file an opposition, but rather filed an amended complaint on April 9, 2012. (Doc. #14). Also before the court is defendant's motion to expunge lis pendens. (Doc. #9). Plaintiffs filed an opposition. (Doc. #13).

The property at issue in this case is located at 6208 Sweetbriar Court, Las Vegas, Nevada. (Doc. #1). On September 26, 2006, plaintiffs borrowed $223,275 to purchase the property, and secured the loan with a deed of trust against the property. (Doc. #8, Exs. 1 and 2). Plaintiffs stopped making payments on the loan, and defendant recorded a notice of breach and election to sell under deed of trust on December 28, 2009. (Doc. #8, Ex. 3).

Plaintiffs elected to participate in Nevada's foreclosure mediation program, and a mediation was held on July 20, 2010. The foreclosure mediation program issued a foreclosure certificate on May 17, 2011. (Doc. #7, Ex. 5). Plaintiffs filed the instant action on February 29, 2012, alleging

**James C. Mahan**
**U.S. District Judge**

one claim for violation of the Fair Debt Collection Practices Act.  (Doc. #1).

Plaintiffs filed their first amended complaint on April 9, 2012, 18 days after defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  Therefore, plaintiffs' amendment was as of right under Federal Rule of Civil Procedure 15(a)(1)(B).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant NDEX West, LLC's motion to dismiss (doc. #7) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendant NDEX West, LLC's  motion to expunge lis pendens (doc. #9) be, and the same hereby is, DENIED as moot.

DATED April 16, 2012.

*[signature: James C. Mahan]*
**UNITED STATES DISTRICT JUDGE**