Michael R. Brooks, Esq.
Nevada Bar No. 7287
BROOKS BAUER LLP
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 851-1191
Facsimile: (702) 851-1198
Email: mbrooks@brooksbauer.com
      zball@brooksbauer.com
*Attorneys for Defendants OneWest Bank, FSB*
*Indymac Mortgage Services and NDEX West, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS MCKINNON<br>GERI MCKINNON<br>Pro-Se,<br><br>          Plaintiffs,<br>vs.<br><br>ONEWEST BANK, FSB, a Federally Chartered Saving Bank, INDYMAC MORTGAGE SERVICES, a Division of OneWest Bank; NDEX West, LLC, a Limited Liability Company; JOHN DOES I-100; and DOE CORPORATIONS, ENTITIES OF UNKNOWN FORM, 1-20 INCLUSIVE,<br><br>          Defendants. | Case No.:    2:12-CV-0329-JCM-VCF |

### ORDER EXPUNGING LIS PENDENS

Having read and considered Defendants' Motion to Expunge Lis Pendens [Document 28] filed by Defendants ONEWEST BANK, FSB, INDYMAC MORTGAGE SERVICES and NDEX West, LLC (the "Defendants"), and the court having considered the pleadings and papers on file herein and entering its Order [Document 43] granting Defendants' Motion to Expunge Lis Pendens, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' Motion to Expunge Lis Pendens is hereby granted in its entirety.

1   IT IS FURTHER ORDERED that pursuant to NRS 14.015, the Notice of Pendency of Action filed and recorded by or on behalf of the Plaintiff on the real property located at 6208 Sweetbriar Court, Las Vegas, Nevada (APN 163-02-814-017) with the Clark County Recorder's Office as Instrument Number 201202290003061 is hereby cancelled and expunged, said cancellation has the same effect as an expungement of the original notice; and

IT IS FURTHER ORDERED that the Plaintiffs shall record with the Clark County Recorder's Office, a copy of this Order of Cancellation.

SO ORDERED.

DATED: June 25, 2012

_____
HONORABLE JAMES MAHAN
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

BROOKS BAUER LLP

By:   */s/ Michael R. Brooks, Esq.*
Michael R. Brooks, Esq., NBN 7287
1645 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is that of Brooks Bauer, LLP, 1645 Village Center Circle, Suite 200, Las Vegas, Nevada 89134.

I hereby certify that this day, I electronically filed **ORDER EXPUNGING LIS PENDENS** with the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel as identified on the Court generated Notice of Electronic Filing via CM/ECF and/or served a copy on all parties in said action or proceeding by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Thomas McKinnon
Geri McKinnon
6208 Sweetbriar Ct.
Las Vegas, NV 89146
*Plaintiffs*

and placing the envelope in the mail bin at the firm's office.

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it is deposited with the U.S. Postal Service on the same day it is placed in the mail bin, with postage thereon fully prepaid at Las Vegas, Nevada, in the ordinary course of business. I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 20th day of June, 2012 at Las Vegas, NV.

/s/ *Tamara Olsen*
An Employee of BROOKS BAUER LLP