# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THOMAS MCKINNON and GERI MCKINNON,

        Plaintiffs,

v.

ONEWEST BANK, FSB, et al.,

        Defendants.

2:12-CV-329 JCM (VCF)

### ORDER

Presently before the court is the matter of *McKinnon et al. v. NDEX West, LLC* (2:12-cv-329-JCM-VCF). On June 16, 2014, the court granted defendants' motion to expunge the *lis pendens* upon the property at the center of this action. The court found that plaintiffs failed to establish a "fair chance of success on the merits" and ordered that the *lis pendens* be expunged pursuant to Nev. Rev. Stat. 14.015(3).

On June 30, 2014, defendants filed a declaration seeking clarification from the court as to the effect of its order. (Doc. # 74). Defendants observe that Nev. Rev. Stat. 14.015(5) provides,

> If the court finds that the party who recorded the notice of pendency of the action has failed to establish any of the matters *required by subsection 2*, the court shall order the cancellation of the notice of pendency and shall order the party who recorded the notice to record with the recorder of the county a copy of the order of cancellation. The order must state that the cancellation has the same effect as an expungement of the original notice.

(emphasis added).

**James C. Mahan**
**U.S. District Judge**

Defendants request an additional order from the court stating that "the cancellation has the same effect as an expungement of the original notice." Defendants' assertion that such a statement is necessary to expunge the *lis pendens* is misplaced, as the court did not find that plaintiffs failed to meet the requirements set forth in Nev. Rev. Stat. 14.015(2), but instead that plaintiffs lacked a "fair chance of success on the merits" as required by Nev. Rev. Stat. 14.015(3). Therefore, the specific language required for cancellation pursuant to Nev. Rev. Stat. 14.015(5) was not necessary to give effect to the court's order.

Nevertheless, the court finds it appropriate to reiterate that expunction of the *lis pendens* upon the property in this matter is warranted, as plaintiffs have failed to fulfill the requirements set forth in Nev. Rev. Stat. 14.015(3).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the notice of pendency of action filed and recorded by or on behalf of plaintiffs upon the real property located at 6208 Sweetbriar Court, Las Vegas, Nevada, 89146 (APN 163-02-814-017) with the Clark County Recorder's Office as instrument number 201202290003061 is hereby cancelled and expunged.

IT IS FURTHER ORDERED that plaintiffs shall record a copy of this order with the Clark County Recorder's Office within seven (7) days of its issuance.

DATED July 10, 2014.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**